AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TIMOTHY C. MOBLEY,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.  2:13-cv-297**

**COMMISSIONER OF**       **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**       **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed October 2, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g),  for further proceedings.**

Date: October 2, 2013         JOHN P. HEHMAN, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk